UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN ARLIN DONLEY, | No. 1:15-cv-01816-DAD-JLT |
| Petitioner, | |
| v. | ORDER DENYING RULE 60 MOTION AS MOOT |
| JEFFREY BEARD, | (Doc. No. 39) |
| Respondent. | |

On August 10, 2017, this court issued an order adopting findings and recommendations issued by the assigned magistrate judge, denying petitioner's petition for a writ of habeas corpus, and declining to issue a certificate of appealability. (Doc. No. 33.) On October 5, 2017, petitioner filed a motion to reconsider under the "catch all" clause of Rule 60 of the Federal Rules of Civil Procedure. (Doc. No. 39.) Upon further review, it appears that petitioner does not request that the court reconsider its prior ruling of August 10, 2017, but rather requests that the court "'adopt' [his] motion and notice for a 30 day extension of time" for the time to file a notice of appeal. (*Id.* at 2.) On November 29, 2017, the court issued an order extending petitioner's time to file a notice of appeal as requested. (Doc. No. 41.) Therefore, petitioner's instant motion

/////

/////

/////

1

brought under Rule 60 but seeking the already granted relief is denied as having been rendered moot by the court's November 29, 2017 order.

IT IS SO ORDERED.

Dated: **December 20, 2017**

UNITED STATES DISTRICT JUDGE